UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTA E. WISE, on behalf of           ) <br> herself and all others similarly situated   ) <br>     Plaintiff                               ) <br> v.                                         ) <br>                                            ) <br> CAVALRY PORTFOLIO SERVICES, LLC   ) <br>     Defendant                              ) <br> _____  ) | 3:09-CV-00086(CSH) <br><br><br><br><br><br><br> SEPTEMBER 6, 2013 |

MOTION ON CONSENT FOR EXTENSION OF TIME TO SUBMIT
SETTLEMENT CLAIMS

Pursuant to Local Civil Rule of the District of Connecticut 7(b), the Plaintiff in the above-captioned matter moves the Court for a retroactive extension of time until August 23, 2013 for thirteen (13) Class Members to submit a Settlement Claim.  In support hereof, the plaintiff represents as follows:

1. The deadline for Class Members to postmark their Claim and Opt-Out Forms ("Forms") was July 17, 2013

2. Fourteen (14) Class Members submitted claims the July 17, 2013 deadline (the "Late Forms").  Four (4) of these forms were from claimants belonging to the CUTPA class, and nine (9) of these forms were from claimants belonging to the FDCPA class, and one could not be attributed to either of the classes.

3.  Of the thirteen(13) Late Forms that could be attributed to the class lists, all thirteen intended to make a claim into the class members' respective Settlement Funds.[1]

4.  The extension would allow the parties to include 4 claims in the CUTPA class and 9 claims in the FDCPA class.

5.  Extension of the deadline would not interfere with the fair and efficient administration of the settlement fund.

6.  If this motion is granted, each claiming FDCPA class member will receive a payment of $26.14, and each claiming CUTPA class member will receive payment of $15.05. If the motion is denied, each FDCPA class member will receive a payment of $26.66, and each CUTPA class member will receive a payment of $ 15.36.

7.  This is the first request for an extension of time as to this deadline.

8.  Defendant's counsel consents to the requested extension of time.

                    PLAINTIFF, KRISTA WISE, Individually, And On Behalf Of The Class,

                    By:/s/ Daniel S. Blinn
                        Daniel S. Blinn (ct02188)
                        Consumer Law Group, LLC
                        35 Cold Spring Road, Suite 512
                        Rocky Hill, CT  06067
                        Tel: (860) 571-0408
                        Fax: (860) 571-7457
                        dblinn@consumerlawgroup.com

---

[1] The four late claim forms belonging to CUTPA class members Lois Walker, Kevin Glassey, Sylvia Ruiz, and Rosalee Eells, are attached hereto as Exhibit A.  The ten late claim forms belonging to FDCPA class members Luis Lazarte, Kenneth Czap, Lenore Difederico, Edwine St Juste, Kristi James, Kena Fischer, Annette Womack, Frederick Spears and Shaneeka Hubbard

                                          Joanne S. Faulkner
                                          Faulkner Law Office
                                          Law Offices of Joanne Faulkner
                                          123 Avon St.
                                          New Haven, CT  06511-2422
                                          Tel: (203) 772-0395
                                          faulknerlawoffice@snet.net

## CERTIFICATION

    I hereby certify that on this 6th day of September, 2013, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Daniel S. Blinn
                                          Daniel S. Blinn